```
U.S. DISTRICT COURT - N.D. OF N.Y.
      FILED
       MAY 2 7 2004
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____
                                    )
_Victor L Young Sr._ **Plaintiff(s)**  )     **Civil Case No.:**  5:04-CV-611
                                    )                              GLS/GHL
          **vs.**                   )     **CIVIL**
                                    )     **RIGHTS**
_City of Syracuse Dept of_          )     **COMPLAINT**
_Public Works_ **Defendant(s)**     )     **PURSUANT TO**
_____)   **42 U.S.C. § 1983**

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1.        This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2.      Plaintiff:   _Victor L Young Sr._

        Address :    _211 Schaffer Ave_
                     _Syracuse, N.Y. 13224_


        Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.   Defendant:          _City of Syracuse_
          Official Position:  _Dept of Public Works_
          Address:            _Office of The Commissioner_
                              _1200 Canal Street Extension_
                              _Syracuse, N.Y. 13210_

                    FORM E(1)(a).1

**b.**  **Defendant:** _____

     **Official Position:** _____

     **Address:** _____

     _____

     _____

**c.**  **Defendant:** _____

     **Official Position:** _____

     **Address:** _____

     _____

     _____

Additional Defendants may be added on a separate sheet of paper.

**4.**                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note:  You must include allegations of wrongful conduct as to EACH and EVERY**

**defendant in your complaint.** (You may use additional sheets as necessary.)

Singled out For Special Treatment RACE AND PERSONAL indifference. Singled out for special Treatment with regards to bogus writeups leading to termination. MANAGEMENT knowing Fullwell the gravity of multiple writeups within A certain allotted time would lead to my termination, Yet they continued to harass + abose their Authority with malicious intent. Management set the conditions For other caucasions Employees to Follow suit. Which Forced me to seek medicl help based on STRESS, Anxiety — Depression

FORM E(1)(a).2

_____

_____

5.                          **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this**

**lawsuit.**


### FIRST CAUSE OF ACTION

I have EXPERIENCE various forms of racial dis-
crimination ranging from verbal Abuse to physial
threats: coupled with threats of Termination.
Racial Epithets written on my work truck on a Number
of ocasions. I informed MANAGEMENT & no action was
taken. I took it apond myself & I called the Authorities.

### SECOND CAUSE OF ACTION

I have been written up for things that I have
not done & told by a management Employee that
management wanted to Fine me and that was a reason
why he was given me so many writeups.

_____

### THIRD CAUSE OF ACTION

~~In their zeal to terminate me management violated~~
~~articles 3.1.1, 8.1.1, 8.1.3, & any other applicable Articles of~~
~~the contract Labor Agreement with Local 400. Management~~
~~is also in violation of~~      V. L. Y.

_____


                          FORM E(1)(a).3

6.     **Plaintiff(s) demand(s) a trial by**

                               Jury   -or-  (Court)

                           (Circle only one).

7.     **PRAYER FOR RELIEF**

    WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

_Restore my dignity & self Respect - I Respectfully ask the court to make right the wrongs done to me. I Victor L Young Sr. seek Reconpense for my monitary and Emotional suffering._

I declare under penalty of perjury that the foregoing is true and correct.

DATED:     _5-27-04_

                   _Victor L Young Sr._

                   Signature of Plaintiff(s)
                   (all Plaintiffs must sign)

FORM E(1)(a).4

N.Y. State Attorney General Eliot Spitzer:
Albany, NY 12224-0341

Mr. Eliot Spitzer,

My name is Victor Young, an employee of The City Of Syracuse Department Of Public Works, and I request your urgent attention regarding the subject of discriminatory practices. This has been an ongoing problem throughout my **tenure within the Department of Public Works. I have experience various forms of racial discrimination ranging from verbal abuse to physical threats: coupled with threats of termination.**

**Management has failed to provide me with proper redress of grievances as defined by the E.E.O.C. .**

**Violations: Resulting From Discrimination Within The Work Place**

**1 Loss of time, and wages…**
**2 Depression, and Mental Anguish…**
**3 Delinquent Bills…**
**4 Low Self- esteem…**
**5 Management is compiling files to support a legitimate reason to justify my termination.**

**My cries for help were greeted jeers, contempt, and obstruction at every turn.**

**Phone # 315-446-3306**

**Victor L. Young Sr.**
**My Address:**
**512 Audubon PKWY**
**Syracuse, N.Y. 13224**

**Thank you,**

**Sincerely,**

*Victor L Young Sr.*
**Victor L. Young**

# MedQUEST

Date: _12/30/03_

TO: Victor L Young
211 Schaffer Ave
Syracuse, NY 13206

MedQUEST, a Release of Information Service, is pleased to process your request for medical information. Since this information is privileged, its confidentiality should be maintained and there should be no re-disclosure of the medical information. Please read the important notice below.

____ Enclosed please find the information you requested.

____ Below is a pre-bill invoice for the copies you have requested. Upon receipt of your payment, the requested information will be promptly mailed to you.

__X__ Enclosed please find the information you have requested. Please reference the invoice below for the total amount due.

Invoice Number: _HCE 1203 225_

Patient Name: _Victor Young_

Total # of pages ___15___ X .75/page X _7.25_ %Sales Tax = ($ _12.07_ ___ Amount Due

---

## Payment Options  (*Note:* Please indicate the above Invoice Number on either payment method)

**Checks** - Please make checks payable to:      **MedQUEST Record Management**
**500 Erie Blvd. West**
**Syracuse, New York 13204**

**Credit Card** - Mail to above address or fax to: (315) 471-3334
☐ Visa         ☐ MasterCard        ☐ American Express
Account Number: _____
Exp. Date: _____ Total Payment: _____
Phone Number: (      )_____
Signature: _____

---

## Important Notice
Should the enclosed photocopies contain information regarding drug and alcohol, psychiatric or HIV/AIDS treatment, this information has been disclosed to you from records whose confidentiality is protected by state and/or Federal laws. Federal Regulations (42 CFR Part 2) and state regulations in the NY Public Health Laws 2782 (5) and Part 10 NYCRR sec. 63.4 prohibit you from making further disclosure of it without specific written authorization of the person to whom it pertains, as otherwise permitted by such regulations. General authorization for the release of medical or other information is not sufficient. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol and drug abuse patient.





Processed By/Date: _____
MR#: _____

# Lifetime Health
### Health Center East

Health Information Management Department
2803 Erie Blvd East
Syracuse, NY 13224
Phone: (315) 445-0553
Fax: (315) 445-5979

**I hereby request and authorize Lifetime Health to Release Medical Information:**

Patient Name: _Victor L Young Sr._  12)193

DOB: _6-24-57_  Under 18 years of age? ____Yes _✓_No

*If the patient is a minor* and the medical records contain *Ob/Gyn, abortion or pregnancy* related documentation, the minors signature is required.

Patient Home Address _211 Schaffer Ave Syr. N.Y. 13206_

Home Phone #: _315_ _437-6322 or cellulare 863-7636_

**SEND MY MEDICAL RECORDS TO:** _Call when Ready will pick up_

What information should be released? _Records Pertaining to on the Job Injury_
_✗ Records From 9-20-03 to 12-04-03_
(E.g., Specify by date, department or problem)

Do your medical records contain information related to *HIV/AIDS* counseling or testing, *Behavioral Health* notes or other information regarding the treatment of *depression/anxiety*, or counseling and/or treatment of *alcohol/drug abuse*?

____No, my medical records do not contain the identified sensitive information.

____Yes. (The *patient* must complete the appropriate *Authorization for Release of Information* on the reverse side.)

Purpose for release of medical information:

____ Transfer of Medical Care  Effective Date: _____

Reason for Transfer: _____

____ Referral to Specialty Provider  ____ Immunization Records

____ Disability  ____ Workers Compensation/No Fault

_✓_ Other: _PERSONNAL_

RECEIVED
DEC 3 0 2003

I understand that I have the right to revoke this authorization, in writing, at any time. (Requests to revoke an authorization must be directed to the attention of the Lifetime Health, Health Information Management Department.) I understand that the two exceptions to the right to revoke are: (1) where Lifetime Health has acted in reliance upon the authorization; (2) if the authorization was obtained as a condition of obtaining insurance coverage and other law provides the insurer with the right to contest a claim under the policy. I understand that the information disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected by the privacy regulations. I also understand that this authorization is effective for release of information prior to the date it has been signed and unless otherwise indicated, this authorization will expire in 90 days. I further understand that this authorization is voluntary and Lifetime Health will not refuse treatment based on my refusal to sign. I hereby authorize release of the requested medical records.

Signature: _Victor L Young Sr._  Date: _12-30-03_

Relationship to Patient other than Self: _____

Witness: _____

05- /1-03

DX00CUMS~1\EHOUGH~1.EXO\LOCALS~1\Temp\OLatest.Master.Draft4\Champaign\01.5.doc

Chestnut Ridge Health Center
Central Square Health Center
Health Center East

Patient Name _Young, Victor_
Medical Record Number _121193_

## PROGRESS NOTES SHEET

9/24/03   He young presents for F/u Sat.
visit Seen for stress / anxiety

Wt 249.6
12/6/92   Med: Zoloft 25mg ½ tab qhs.
B/P
P 84

Depression - anxiety   B. Capbell

Stress -
BCW til 10-6-03
↑ Zoloft to 25mg po ql / Xicar
then 50mg -
See me @ 9-29-03
Counseled 30min - RC[m]m RC

## HEALTH CENTER EAST

Young, Victor                      002000121193                    09/24/2003
                                    PALMER,SALLY RNC

### PROGRESS NOTE

**SUBJECTIVE**
This is a 46-year-old male here to discuss his depression. He feels he is extremely
anxious and depressed. This has been going on for several weeks according to him. He
has felt he has needed to be strong and tough this out but is finding he can't do that right
now. He is fatigued. He is not sleeping.  He has no appetite.  He has lost weight.  He feels
if it wasn't for his children, he states he really does not know what he would do.  I talked
with him about this.  He saw Dr. Zirath on Saturday at which time Dr. Zirath gave him
Zoloft 25, one-half tablet and stay out of work from 9/20 to 9/24, and see me on 9/24.
The patient states it was very difficult to admit he had these problems but feels it is out of
control now. He is very sad and he is crying. He cries during the interview and cries at
home as well. He does not think this is appropriate for him to be doing since he is a man
and is the father and this causes him a lot of distress when he does cry.  He does not seem
to be able to control this. He wants to increase his medication and wants to talk with a
counselor. He is on Zoloft one-half 25 mg tablet.

**OBJECTIVE**
BLOOD PRESSURE: 120/90
PULSE: 84
TEMPERATURE: 98
WEIGHT: 253 pounds.

I spent the half hour appointment with him counseling him.

**ASSESSMENT**
Depression, anxiety, stress

**PLAN**
I will keep him out of work until 10/6/03.  I will increase his Zoloft to 25 mg for one
week, then increase to 50 mg. I will give him Xanax 0.25 mg po twice a day prn and I
gave him #30 with no refills. I counseled him.  He is to see me on Monday.  He will drop
off the list of counselors that his insurance company will pay for and I will make a
recommendation at that time.

SALLY PALMER, RNC

sb: 10/16/2003 08:05:49 pm

Account ID:54464
Encounter ID:26
Date:09/29/2003
Description:transcri
Health Center East
Young, Victor          002000121193   09/29/2003
                    PALMER, SALLY

                    PROGRESS NOTE

SUBJECTIVE
This is a 46-year-old male who is here today to discuss his depression and
anxiety with me.  He has been having a really hard time over the past several
days.  I did just see him on Thursday of last week, so he has only really been
on the increased dose of Zoloft 50 mg for five days.  I did give him a
prescription for Xanax and he has been taking those two a day.  They help with
sleep somewhat but not a great deal.  He is worried that he talks over and over
about his children and how bad he would feel if anything happened to him.  When
I asked him about suicide, he says that he has no plan but that he really is
concerned that he does not want his babies to grow up without him.  So, he is
trying to hold on.  I have taken him out of work and have started him on Xanax
2.5 mg as well as Zoloft 50.  He has only been on the medicine for about a week.
 He wants a counselor and he brought in the book for Pamco and so I have called
one place to see if they take Pamco for therapy and I am waiting for them to
call me back about that.

OBJECTIVE
GENERAL: He is cheerful and makes eye contact some of the time, not all the
time.  He keeps saying many things the same that he worries about his babies and
he really feels very stressed.  He had to go to work to pick up his benefit
package and it caused him a great deal of stress.  His heart beat was very fast
and he really was very uncomfortable being there.
BLOOD PRESSURE: 130/90.
PULSE: 80.
TEMPERATURE: 90.
WEIGHT: 258 pounds.

ASSESSMENT
Depression, anxiety and stressful circumstances right now.

PLAN
I will have him continue his medications, see me back in four days and I am
going to get a therapist located for him.


                    SALLY PALMER, RNC


sc: 10/21/2003 01:10:21 pm

cc:

HEALTH SERVICES MEDICAL GI

| | |
|---|---|
| Chestnut Ridge Health Center | **Patient Name** Young |
| Central Square Health Center | Victor |
| X Health Center East | **Medical Record** MR#: 002000121193 |
| Fairmount Health Center | DOB: 06/24/1957   Sex:  M |
| North Syracuse Health Center | |

## PROGRESS NOTES SHEET

9/29/03 46yob ♂ RTC for meds not
feeling any better see flow sheet
Ⓐ Depression - anxiety - B Reilly
stress Cont meds -
Counseling - *[signature]*
RV 3m - Referred to merr RTC
*[signature]*

_____ Chestnut Ridge Health Center

_____ Central Square Health Center

_____ Health Center East

Patient Name

Medical Reco

YOUNG
IVICTOR L SR
MR #: 121193
DOB: 06/24/57  SEX: M

PROGRESS NOTES SHEET

10/3/03  1840p  ♂ RTC F/u med
fee flow meds                    sheet
WC: ♂ Depression - anxiety - stress -
work related.
      OOW till 10-27-03
      RV 3 weeks
Cont Counseling + meds.

05-080-10-02

## HEALTH CENTER EAST

**Young, Victor**                    **002000121193**                    10/03/2003
                                      **PALMER,SALLY RNC**

### PROGRESS NOTE

**SUBJECTIVE**
This is a 48-year-old black male who is here today with a complaint of having anxiety
and depression. He has been under a great deal of stress lately. I have kept him out of
work. I referred him to therapy. He has been seeing Mark Savad. He went there once
and he is going to go again next week. He has also been started on medication. He is
currently taking Xanax 0.25mg p.o. at night. He is also taking Zoloft 50mg p.o. q.d. He
tells me that he feels slightly better. He has only been on the medication for about ten
days. He is beginning to feel somewhat better.

**OBJECTIVE**
GENERAL: He looks slightly better although he is crying during part of the interview.
BLOOD PRESSURE: 118/88.
PULSE: 80.
TEMPERATURE: 96.0.
WEIGHT: 255 pounds.

I spent the 20-minute appointment counseling him regarding his anxiety and depression.

**PLAN**
He will continue his medications and see me back here in two and a half weeks. He is to
stay out of work until 10-27-03.

SALLY PALMER, RNC

kg: 10/16/2003 02:06:34 pm

Clinic
Health

_____ Chestnut Ridge Health Center

_____ Central Square Health Center

_____ Health Center East

Patient Name  YOUNG

Medical Recor VICTOR

MR #:  121193
DOB:  06/24/57  SEX:  M

10/22/03

**PROGRESS NOTES SHEET**

4840 b

rtc for F/u  WC

see flow sheet  BRuez

WC  Anxiety - Depression -

Palpitations

EKG.  LVH -

↑ D  Xtress ECHO —

Discont. EN  ↑ Zolaft 50mg.

RV 1 wk -

DD (w)  9-20-03  wll 10-3-03 -

_Lamance_

Account ID:54464
Encounter ID:28
Date:10/22/2003
Description:transcri
Health Center East
YOUNG,VICTOR          121193       10/22/2003
                PALMER, SALLY

                WORKER'S COMPENSATION


SUBJECTIVE
This is a 48-year-old male who is here today for a work-related condition. He
is under our care for stress, anxiety and depression. This all started on
9-20-03. He has been seen by Mark Savid for counseling and he is also on
medication for the anxiety and his depression. He tells me that he has
developed some palpitations now in his chest when he gets anxious. There is not
any actual chest pain, as such, but sometimes he feels as if he misses beats.
He is concerned about that. He wants to make sure he does not have any heart
condition. When this started again he cut back on the Zoloft. He was on 50mg
p.o. q.d. and he cut it back so for the last two days he has been taking just
one-half tablet. He was wondering if that had anything to do with what was
going on. He is on Zoloft, supposedly 50mg p.o. q.d. and Xanax 0.25mg at Hs as
needed. He is currently not working. He tells me he does drink Mountain Dew
and sometimes will have coffee as well.


OBJECTIVE
GENERAL: The patient is very anxious appearing. He makes good eye contact but
he is talking a great deal, wanting to clarify how he feels and what is going on
with him right now. He is very anxious. BLOOD PRESSURE: 130/90.
PULSE: 82.
WEIGHT: 256 pounds.
CARDIAC ASSESSMENT: Regular rate and rhythm.
HEENT: His cervical nodes are not enlarged. His tympanic membranes are not
dull. Sinuses are not tender. Pharynx is pink.
LUNGS: Clear.
ABDOMEN: Negative.
EKG: It shows that he does have some left ventricular hypertrophy. I discussed
this with Dr. Levy.


ASSESSMENT
Anxiety
Depression
Palpitations
EKG showing left ventricular hypertrophy


PLAN
Will do a stress echo. I am going to increase the Zoloft to 75mg p.o. q.d. He
is going to stay out of work from 9-20-03 to 11-3. He will see me next week. I
did discuss this with Dr. Levy. We will order the stress echo.



                SALLY PALMER, RNC



                        DAVID LEVY,
M.D.

kg: 10/22/2003 01:09:31 pm

cc:
ak  10/22/2003 3:49:56 PM  \\ngeemr01\nextgen\hsa\cnytrans\rtf\100\HCE_a121193     _01.rtf

Chestnut Ridge Health Center

Central Square Health Center

Health Center East

Patient Name _____

Medical Reco

Young
Victor
MR#: 002000121193
DOB: 06/24/1957    Sex: M

10/28/03

PROGRESS NOTES SHEET

WC

48yoB ♂ presents for F/u
see flow sheet ble
WC(✓) ↑stress
anxiety - Depression    work related
W.C. Contributed ~
↑ Zoloft 25mg po gd    Cont Counseling
XP c coumin pep ~
RV 2wks    1000 till 11-10-83

Account ID:54464
Encounter ID:30
Date:10/28/2003
Description:transcri
Health Center East
Young, Victor              002000121193   10/28/2003
                    PALMER, SALLY

                  WORKER'S COMPENSATION

SUBJECTIVE
This is a 48-year-old male who is here today for a followup of his work-related
condition. He first reported this to Dr. Zirath on 9-20. He has been feeling
the stress since at least 9-19-03. Dr. Zirath saw him on 9-20, kept him out of
work and asked him to followup with me. I did see him on the 22nd and from that
time on the patient has had stress. He has been talking about his anxiety and
depression as well as the stress that he is under. He relates this to work. He
thinks that the working conditions are very unfavorable to him and he feels as
if he cannot really satisfy some of his employers. He really has been under a
lot of stress. I have kept him out of work. I took him out of work on 9-22-03.
He has been out since that time. I started him on medication. He is currently
on Zoloft 50mg p.o. q.d. He uses Xanax 0.25mg at Hs if needed. He is not
sleeping well. He still is focusing a great deal on his stressful circumstances
that are going on at work and what people are saying about him now that he is
not working. I did refer him to Mark Savid who is counseling him as well. His
mother-in-law is ill and so he is under a lot of stress related to that issue as
well.

OBJECTIVE
GENERAL: He is in some distress. He is very worried about what is happening and
he is talking rather consistently, quickly about the things that are happening.
He is just really upset. He does make eye contact but he is agitated somewhat
and still anxious as well as depressed.
BLOOD PRESSURE: 128/88.
PULSE: 80.
WEIGHT: 256 pounds.

ASSESSMENT
He has stress, anxiety, and depression that is work related. Worker's
Compensation has controverted this.

PLAN
Will increase his Zoloft to 75mg p.o. q.d. He will continue his counseling. He
is going to check with his union representative to see what he needs to do and
if he needs to be getting a lawyer to help him with this claim. In addition to
that his work has advised him to take Family Medical Leave Act but he would like
to check with his union representative first. He will see me within two weeks.
He may go back to work on 11-10-03. We will see how he does at that time.

                  SALLY PALMER, RNC

kg: 10/29/2003 11:51:39 am

cc:

Chestnut Ridge Health Center
Central Square Health Center
Health Center East

Patient Name _Young Victor_

Medical Record Number _2000 21193_

**PROGRESS NOTES SHEET**

11/13/03.

46 yo b ♂ RTC for F/u WC
meds Zoloft 50mg ~~tab~~ d. 1½ tabs.

O. wt 259     O. T 97.⁴    BP 130/90   P. 76

See other note

B. Reilly RN

Chestnut Ridge Health Center

Central Square Health Center

Health Center East

Patient Name _____

Medical Record Numt   Young
Victor
MR#:  002000121193
DOB: 06/24/1957    Sex: M

**PROGRESS NOTES SHEET**

11-21-03

46yob ♂   RTC for F/u WC.

Su flow shut. Jakough R.

Ⓛ U.C. - Dx. anxiety. Stress
at work
Inconsistant demands
of supervisors at work...

Account ID:54464
Encounter ID:32
Date:11/21/2003
Description:transcri
Health Center East
Young, Victor              002000121193   11/21/2003
                   PALMER, SALLY

                 WORKER'S COMPENSATION

SUBJECTIVE
This is a 46-year-old male who is here today to discuss his complaint of
depression, anxiety and stress, all related to work and the inconsistent
demands on him by his supervisors at work and he feels that he has had a great
deal of pressure there and he has felt that this is related to how he feels. He
is having a Worker's Compensation case on this.

He feels that when he goes back there he is anxious about going and he is not
sure what is going to be said to him on his return. He feels slight less
depressed and stressed on his medication, there are other issues that are going
on at home as well that has complicated this as well. He feels that he wants to
go back to work and find out what is going on there.

MEDICATIONS
The patient is on FMLA as a back up of his claim to Worker's Compensation. He
is on Zoloft 100 milligrams po qd. Xanax 0.25 milligrams at hs. Today he tells
me that he is still feels very anxious and he is worried about going back to
work.

OBJECTIVE
GENERAL: He is in no acute distress.
BLOOD PRESSURE: 110/80.
PULSE: 60.
WEIGHT: 252 pounds.
I did not do a physical examination today, but he is anxious appearing and he
does not always make good eye contact and he is looking down most of the time.
He has a very worried appearance. I have spent 20 minutes of this visit just
counseling him.

ASSESSMENT
This is a Worker's Compensation depression, anxiety and stress, related to work.
Inconsistent demands.

PLAN
Continue his medication as directed and he is going to see a therapist. I made
a referral for a Worker's Compensation therapist and he is going to check with
Joan Green on that today. He will return to work on the 24th and he will see me
back here in two weeks.


                   SALLY PALMER, RNC


kr: 12/09/2003 12:19:38 pm

cc:

Account ID:54464
Encounter ID:33
Date:12/05/2003
Description:transcri
Health Center East
YOUNG, VICTOR            121193        12/05/2003
Palmer, Sally            Palmer, Sally
XWORKERS COMPENSATION

S:This is a 46-year-old male who is here today for a follow up of his work
related stress, depression and anxiety. He has been under a great deal of stress
there with conflicting requirements of him at work causing him to be depressed
and having anxiety symptoms. He is back to work and he tells me that he has had
a workers compensation hearing and the judge ruled the case would go forward,
that there seemed to be documentation and reason to justify his claim. He is
taking care of some business at work as well and he is feeling better. His
mother-in-law just died and so he had to go back down south for the funeral but
he thinks he is doing better. He is working. His medications include Zoloft 100
mg p.o. q.d., Xanax 0.25 mg which he uses at night 3 or 4 times a week, not a
great deal. It is only when he may find that he has some excess anxiety but the
Zoloft seems to be kicking in and he feels much better about everything.

O:The patient does make eye contact but it is not all the time. There are times
when he looks away when he is relating a story, but he does make eye contact
when he actually is addressing me. He is calmer and actually is smiling and
less stressed appearing right now.

A:This is anxiety and depression related to stresses at work.

P:He will continue work. I am going to ask him to continue all of his
medications and he will see me back in a month.

Sally Palmer, R.N.C.

732644 12/08/2003
-732644




PM1 -



304


PM1        //12/08/2003
ak 12/16/2003 9:25:48 AM  \\ngeemr01\nextgen\hsa\cnytrans\rtf\100\HCE_e_20031212_121193    _01.Rtf

December 23, 2003

Complainant: I, Victor L. Young Sr. hereby request a formal appeal to this determination to The New York State Supreme Court.  Federal Charge No: 16GA309772

Federal Charge No: 16GA309772

Complainant: I, Victor L. Young Sr. hereby reject the decision made by The New York State: Executive Department Division Of Human Rights, dated and mailed: December 12, 2003 on basis of an incomplete investigation. My charges are based entirely upon the lack of a thorough investigation supported, and guaranteed me under Title VII of The Civil Rights Acts (ADA). Which is enforced by the EEOC, and under Federal Law.

Willfully Deficient Investigation:  Conducted by Victoria C. Scott – Human Rights Specialist:  Miss Scott's decision was supported, and signed by Forrest Cummings – Regional Director: New York State Division Of Human Rights.

The following examples support Complainant's charges of incomplete investigative practices.

Examples:

1.  Limiting the scope of the investigation, failing to collect relevant documents concerning multiple disciplinary charges against Complainant: Victor L. Young Sr., resulting in a dozen written infractions within a single calendar year. Obviously the investigator failed to utilize the power to subpoena, for the purpose of securing **supporting evidence.  Which would show a clear pattern of harassment based on a paper or electronic log. Failure to follow a paper or electronic trail resulted in a feeble attempt to ascertain the facts. Thus depriving me of my Civil Liberty, and Constitutional rights under U.S. Federal Law.**  The State Of New York: Executive Department State Division Of Human Rights, has failed to conduct a fare, and thorough investigation with regards to my official complaint - Federal Charge No: 16GA309772

2.  Further more the investigator failed take a look at the overall treatment of minorities as a whole, within "The Syracuse Department of Public Works".  Rest assured the investigator would have found blatant discriminatory practices across

the board with regards to minorities. The lack of blacks in a supervisory position creates a climate ripe for racial discrimination. It would at the very least raise a "red flag" of impropriety. That would only serve to prove the depth of the racial discrimination.


Sincerely,

*Victor L Young Sr.*

Victor L. Young Sr.

# Psychological HealthCare, P.L.L.C.

| Presidential Plaza | North Medical Center | Medical Center East | Oswego/Fulton |
|---|---|---|---|
| 550 East Genesee Street | 5112 West Taft Road | 5900 North Burdick Street | 110 West First Street |
| Syracuse, NY 13202 | Liverpool, NY 13088 | East Syracuse, NY 13057 | Oswego, NY 13126 |
| (315) 422-0300 | (315) 452-2450 | (315) 656-0181 | (315) 343-3194 |
| Fax: (315) 479-8455 | Fax: (315) 452-2455 | Fax: (315) 656-6871 | Fax: (315) 343-3194 |

## (Provider) Intake Diagnostic Evaluation Form

**Today's date:** _9-30-03_   **Time of Day:** _____   **Location:** _NMC_

**Patient Name:** _Victor Young_   **Date of birth:** _6-24-57_   **Age:** _46_

**Presenting Problem as Described by Patient:**

_Depression, DN. faYion Anely -TrustFulness_

**Current Stressors in Patient's Life:**

_Stress Work_

**List Current Medications, dosage, when started, prescriber, whether helpful, and any side effects:**

_Zoloft_
_Kaurc_

### Client Functioning

**Self Care (ADL's):** _✓_

**Social:**

**Intimacy:**

**Family:**

**Work/School:** _Oayical 7urs too stressi._

**Psychological HealthCare, PLLC**
**Intake Diagnostic Evaluation Form**

Patient Name ___Victor Young___

### Symptoms Present:    Rate Severity (0-10) and Check Symptoms Below:

**Depression** _10_; Depressed Mood;__ Low Self-Esteem;__ Insomnia;__ Hypersomnia;__ Anhedonia;__
Weight. Change;__ Tearful Affect;__ Irritable;__ Psychomotor Retardation;__
Feelings of:  Guilt;__ Worthlessness__ Hopelessness;__ Helplessness;__ Other;_____

**Suicide**____/**Homicide**___(risk:__ history:__) Ideation;__ Plan;__ Means;__ Intent;__ Threat;__
Attempt__; When _____; How _____Vague thoughts_____

**Anxiety** _10_; Anxious Feelings;__ Panic;__ Agoraphobic behaviors;__ Trembling;__ Hyperventilation;__
Dizziness/Light-headedness;__ Derealization;__ Paresthesias;__ Sweating;__ Fear (Type);_____
Cardiac;__ Obsessions;__Compulsions__ Somatization (Type):_____ Other;_____

**Eating Issues**_____ Anorexia;__ Bulimia;__ Binging;__ Purging;__ Unrealistic Self-image;__
Other;_____

**Cognitive Dysfunction**_____; Worry thoughts;__ Negative self referencing thoughts;__Preoccupations__;
Hallucinations;____ __Delusions; __Racing thoughts; __Dissociation; __Disorganized; __Memory problems;__
Other;_____

**Behavioral Problems**_____;Alcohol abuse; __Drug abuse; __Impulsivity; __Violence; __Gambling; __
Dissociative episodes;__ Parasuicide;__ High risk sex; __Other;_____

### Other Relevant Information

### Relevant Developmental History

### Academic History (Children)

### Significant Sexual History

**Psychological HealthCare, PLLC**
**Intake Diagnostic Evaluation Form**

Patient Name _____Victor Young_____

## Mental status descriptors (Circle all appropriate items)

### 1. Appearance and self-care
Stature          Average  Small  Tall  (For age, if a child)
Weight           Average weight  Overweight  Obese  Underweight  Thin  Cachectic
Clothing         Neat/clean  Careless/inappropriate  Meticulous  Disheveled  Dirty
                 Appropriate for age, occasion, weather  Seductive  Inappropriate  Bizarre
Grooming         Normal  Well-groomed  Neglected  Bizarre
Cosmetic use     Age appropriate  Inappropriate for age  Excessive  None
Posture/gait     Normal  Tense  Rigid  Stooped  Slumped  Bizarre  Other: _____
Motor activity   Not remarkable  Slowed  Repetitive  Restless  Agitated  Tremor
Other notable aspects: _____

### 2. Sensorium
Attention        Normal  Unaware  Inattentive  Distractible  Confused  Persistent  Vigilant
Concentration    Normal  Scattered  Variable  Preoccupied  Anxiety Interferes  Focuses on irrelevancies
Orientation      x5  Time  Person  Place  Situation  Object
Recall/memory    Normal  Defective in: Immediate/Short-term  Recent  Remote

### 3. Relating                                                        (cont.)
Eye contact           Normal  Fleeting  Avoided  None  Staring
Facial expression     Responsive  Constricted  Tense  Anxious  Sad  Depressed  Angry
Attitude toward examiner  Cooperative  Dependent  Dramatic  Passive  Uninterested  Silly
                      Resistant  Critical  Hostile  Sarcastic  Irritable  Threatening
                      Suspicious  Guarded  Defensive  Manipulative  Argumentative

### 4. Affect and mood
Affect   Appropriate  Labile  Restricted  Blunted  Flat  Other: _____
Mood     Euthymic  Pessimistic  Depressed  Hypomanic  Euphoric
Other: _____

### 5. Thought and language
Speech flow      Normal  Mute  Loud  Blocked  Paucity  Pressured  Flight of ideas
Thought content  Appropriate to mood and circumstances  Personalizations  Persecutions
                 Suspicions  Delusions  Ideas of reference  Ideas of influence  Illusions
Preoccupations   Phobias  Somatic  Suicide  Homicidal  Guilt  Religion  Other:
Hallucinations   Auditory  Visual  Other: _____
Organization     Logical  Goal-directed  Circumstantial  Loose  Perseverations

### 6. Executive functions
Fund of knowledge  Average  Impoverished by: _____
Intelligence       Average  Below average  Above average  Needs investigation
Abstraction        Normal  Concrete  Functional  Popular  Abstract  Overly abstract
Judgment           Normal  Common-sensical  Fair  Poor  Dangerous
Reality testing    Realistic  Adequate  Distorted  Variable  Unaware
Insight            Uses connections  Gaps  Flashes of  Unaware  Nil  Denial
Decision making    Normal  Only simple  Impulsive  Vacillates  Confused  Paralyzed
Impulse control    Good  Fair  Poor

**Psychological HealthCare, PLLC**
**Intake Diagnostic Evaluation Form**

Patient Name _____Victor Young_____

**7. Stress**
Stressors            Money  Housing  Family conflict  <u>Work</u>  Grief/losses  Illness  Transitions
Coping ability       Normal  Resilient  Exhausted  <u>Overwhelmed</u>  Deficient supports
                     Deficient skills  Growing
Skill deficits  None  Intellect/educ.  Communication  Interpersonal  Decision making
                     Self-control  Responsibility  Self-care  Activities of daily living
Supports             Usual  Family  Friends  Church  Service system
                     Needed: _____
Spiritual and Cultural Values affect therapy?  No _____  Yes _____  (Explain below)

**8. Social functioning**
Social maturity      Responsible  Irresponsible  Self-centered  Impulsive  Isolates
Social judgment      Normal  "Street-smart"  Naive  Heedless  Victimized  Impropriety

**Other aspects of mental status or information obtained from questioning based on Intake Information Form**

Major depressive episod - Work relate
stress, Cumulate past 2 yrs.
46 yo male. Marr w children Copebelly
over whelm w stressful occupation situation
Builds for several years - Now fearful Beg
forced ore Walk upon Trust. Currently
unable to cope. Depression. Nervous
depress Mood.

**Clinical Formulation**    Major depression episode

Patient Name _Virion Young_

## DIAGNOSTIC IMPRESSIONS
## DSM IV

Axis I: _Major Depressive Episode_
_296.25_

Axis II: _—_

Axis III:

Axis IV: _occupational problem_

Axis V:  Current: _50_   Highest in Past Year: _80_

### Treatment Plan

Problem: _Depression_

Goal (Behavior to change, symptoms to decrease)

Interventions (Modality, frequency) _Supportive Tx          — Crisis plan._
_— Cognitive-beh Tx._
_— Medication consult_

Problem: _Anxiety_

Goal (Behavior to change, symptoms to decrease)

Interventions (Modality, frequency) _Supportive Tx_
_Relaxation skills_
_Medication._

Problem: _Work- issues_

Goal (Behavior to change, symptoms to decrease)

Interventions (Modality, frequency) _— Access to work dangs —_

Treatment plan presented to patient: Yes _✓_ No _____

Patient understood and agreed to treatment plan: Yes _✓_ No _____
Estimated Discharge Date as indicated by presenting problems and current treatment plan: _____
Length of Session: _50_   CPT Code: _90834_

Name of Clinician: _Mark Saya_   Signature: _Mark Saya_   Date: _9-30-03_

*This report reflects the patient's condition at the time of consultation or evaluation. It does not necessarily reflect the patient's diagnosis or condition at any subsequent time.*

*This is a strictly confidential patient medical record.  Redisclosure or transfer is expressly prohibited by law.*

# Psychological Health Care Progress Note

Case 1:04-cv-00311-GML Document 1 Filed 05/27/04 Page 30 of 36

**Client Name:** Victor Young   **Date:** 10-7-03   **Time:** ___   **Location:** NMC

No Show __ Cancellation ___ Reason & Action Taken _____

45-50 Minute Session: ✓ Other: ___ **Mode:** ___ Individual ___ Family ___ Group ___ Couple ___ CPT Code: ___

## Symptoms Present:   *Rate Severity (0-10) and Check Symptoms below:*

**Depression** ✓   Depressed mood; ___   Low self-esteem; ___   Insomnia; ___   Hypersomnia; ___   Anhedonia; ___

Weight Change; ___   Irritable; ___   Tearful affect; ___   Psychomotor retardation; _____

Feelings of: Hopelessness; ___   Guilt; ___   Worthlessness; ___   Helplessness; ___   Other; _____

**Suicide** __ /Homicide __ (*risk:* __ *history:* __) Ideation; ___ Plan; ___ Means; ___ Intent; ___ Threat; ___

Attempt; When _____ ; How _____ Anger thoughts

**Anxiety** ✓   Anxious feelings; ___   Panic; ___   Agoraphobic behaviors; ___   Trembling; ___ Hyperventilation; ___

Dizziness / Light-headedness; ___   Derealization; ___   Paresthesias; ___   Sweating; ___   Fear (Type); ___

Cardiac; ___   Obsessions; ___   Compulsions; ___   Somatization (Type); ___   Other; ___

**Eating Issues** _____   Anorexia; ___   Bulimia; ___   Binging; ___   Purging; ___   Unrealistic Self-image; _____

Other; _____

**Cognitive Dysfunction** _____   Worry thoughts; ___   Negative self referencing thoughts; ___   Preoccupations; ___

Hallucinations; ___   Delusions; ___   Racing thoughts; ___   Dissociation; ___   Disorganized; ___   Memory problems; ___

Other; _____

**Behavioral Problems** _____   Alcohol abuse; ___   Drug abuse; ___   Impulsivity; ___   Violence; ___   Gambling; ___

Dissociative episodes; ___   Parasuicide; ___   High risk sex; ___   Other; _____

## Stressors/Significant Events/ Content Issues/ Problems:  *Rate Severity (0-10)*

Primary Support; ___   Social Environment; ___   Occupational/Educational; ___   Financial; ___   Abuse; ___   Other; ___

_____

_____

_____

## Psychotherapeutic Interventions:   Behavioral; ✓   Cognitive; ___   Relationship; ___

Problem Solving; ___   Supportive; ✓   Psychodynamic; ___   Systems; ___   Homework Review; ___

## Treatment Goals Addressed :  *(Strengths and Limitations in meeting goals noted)* _____

- Patience — w/A Self
- ID Underlying Fears
- Stay on Meds

_____

## Client Status:   Significant Improvement; ___   Improved; ___   No change; ___   Slightly worse; ___   Sig. Worse; ___

## Homework Assigned: Helthy Diet — Physical activity

_____

## Next Session:   Less than 1 week; ___   1 week; ✓   2 weeks; ___   3 weeks; ___   1 month; ___

**Clinician Signature:** _____

Rev. 9/18/01

# Psychological Health Care Progress Note

lient Name: __Victor Yung__ Date: __1021.03__ Time:_____ Location: __NMC__

lo Show__ Cancellation_____ Reason & Action Taken_____

5-50 Minute Session: ✓ Other:____ Mode: ___Individual ___ Family ___Group __Couple __ CPT Code:_____

## Symptoms Present: *Rate Severity (0-10) and Check Symptoms below:*

**Depression** ✓ Depressed mood;__ Low self-esteem;__ Insomnia;___ Hypersomnia;___ Anhedonia;____

Weight Change;__ Irritable;___ Tearful affect;_____ Psychomotor retardation;_____

Feelings of: Hopelessness;___ Guilt;___ Worthlessness;___ Helplessness;___ Other;_____

**Suicide__/Homicide__ (*risk:__ history:__*)** Ideation;___ Plan;___ Means;____ Intent;____ Threat;____

Attempt/When _____; How _____

**Anxiety** ✓ Anxious feelings;___ Panic; ✓ Agoraphobic behaviors;___ Trembling;___ Hyperventilation;___

Dizziness / Light-headedness;____ Derealization;____ Paresthesias;____ Sweating;____ Fear (Type);_____

Cardiac;___ Obsessions;__ Compulsions;_____ Somatization (Type);_____ Other;_____

**Eating Issues_____** Anorexia;__ Bulimia;___ Binging;__ Purging;__ Unrealistic Self-image;_____

Other;_____

**Cognitive Dysfunction_____** Worry thoughts; ___ Negative self referencing thoughts; ___ Preoccupations;___

Hallucinations;__ Delusions; __ Racing thoughts; __ Dissociation; __ Disorganized; __ Memory problems;___

Other;_____

**Behavioral Problems_____** Alcohol abuse; __ Drug abuse; __ Impulsivity; __ Violence; __ Gambling;____

Dissociative episodes;___ Parasuicide; ___ High risk sex; ___ Other;_____

## Stressors/Significant Events/ Content Issues/ Problems: *Rate Severity (0-10)*

Primary Support;___ Social Environment;___ Occupational/Educational; ✓ Financial;_____ Abuse;___ Other;____

_____
_____
_____
_____

## Psychotherapeutic Interventions: Behavioral;_____ Cognitive;_____ Relationship;_____

Problem Solving;____ Supportive;____ Psychodynamic;_____ Systems;_____ Homework Review;_____

## Treatment Goals Addressed : *(Strengths and Limitations in meeting goals noted)*_____

~ Fear tht Symptoms indicate medical pthlgy
~ Relaxtn breircing deep brth - Visualization
_____

## Client Status: Significant Improvement;__ Improved; __ No change; _ Slightly worse; _ Sig. Worse;__

## Homework Assigned: FU - with pcp
_____

## Next Session: Less than 1 week;___ 1 week; ✓ 2 weeks;_____ 3 weeks;_____ 1 month;____

nician Signature: _____

Rev. 9/18/01

# Psychological Health Care Progress Note

**Client Name:** Victor Young    **Date:** 10·28·03    **Time:** 1030    **Location:** NMC

No Show___  Cancellation___    Reason & Action Taken_____

45-50 Minute Session: ✓  Other:_____  **Mode:** ___Individual ___Family ___Group ___Couple ___  CPT Code:_____

## Symptoms Present:     *Rate Severity (0-10) and Check Symptoms below:*

**Depression** (9)  Depressed mood; ✓ Low self-esteem;___  Insomnia;___  Hypersomnia;___  Anhedonia;____

Weight Change;__  Irritable;___  Tearful affect;_____  Psychomotor retardation;_____

**Feelings of:** Hopelessness; /  Guilt;___  Worthlessness; ✓  Helplessness;___  Other;_____

**Suicide__/Homicide__** (*risk:__ history:__*)  Ideation;___  Plan;___  Means;___  Intent;___  Threat;____

Attempt; When _____; How _____

**Anxiety** (10)  Anxious feelings; ✓ Panic;___ ✓  Agoraphobic behaviors;___  Trembling;___  Hyperventilation;___

Dizziness / Light-headedness;____  Derealization;___  Paresthesias;____  Sweating;____  Fear (Type);_____

Cardiac;___  Obsessions;__  Compulsions;_____  Somatization (Type);_____  Other;_____

**Eating Issues_____**  Anorexia;__  Bulimia;___  Binging;__  Purging;__  Unrealistic Self-image;_____

Other;_____

**Cognitive Dysfunction_____**  Worry thoughts; ✓  Negative self referencing thoughts; ___  Preoccupations;___

Hallucinations;__  Delusions; __  Racing thoughts; __  Dissociation; __  Disorganized; __  Memory problems;___

Other;_____

**Behavioral Problems_____**  Alcohol abuse; __  Drug abuse; __  Impulsivity; __  Violence; __  Gambling; ___

Dissociative episodes;___  Parasuicide; __  High risk sex; ___  Other;_____

## Stressors/Significant Events/ Content Issues/ Problems: *Rate Severity (0-10)*

Primary Support; ___  Social Environment; ___  Occupational/Educational; ✓  Financial; __✓__ Abuse;___  Other;___

— Unable to work
— Workers Comp Appeal

## Psychotherapeutic Interventions:     Behavioral; ✓    Cognitive; ✓    Relationship;_____

Problem Solving; ____  Supportive; ✓  Psychodynamic;_____  Systems;_____  Homework Review;_____

## Treatment Goals Addressed :  *(Strengths and Limitations in meeting goals noted)*_____

— sleep problem
— Tearful
— Fear of physical problem ⇒ Anxiety

## Client Status:  Significant Improvement;__  Improved; __  No change; ✓  Slightly worse; _  Sig. Worse;__

## Homework Assigned:  Will consider �>  to workers comp
provider.

## Next Session:  Less than 1 week; _____  1 week; ✓    2 weeks; _____  3 weeks; ____  1 month;____

**Clinician Signature:** _____

Rev. 9/18/01

**CENTER FOR FORENSIC SCIENCES**
**PRIORITY REQUEST FOR LAB SERVICES**          Date _10,06,03_

Agency Case Number _00-255393_

Laboratory Case Number _4097_

Incident _HAR_                    Date of Incident _8/17/00_

Victim _Victor Young_            Location _1200 Canal St_

Suspect _____

Date Needed By _10/14/03_        Reason _Litigation_

---

Items Requested for Analysis _1 Roll Color_

Service Requested:

☐ Alcohol/Toxicology    ☐ Biology/DNA (blood/semen)    ☐ Documents    ☐ Drugs

☐ Firearms    ☐ Flammables    ☐ Footwear    ☐ Latent Prints    ☐ Number Restoration

☒ Photography/Video    ☐ Toolmarks    ☐ Trace (hairs/fibers/glass)    _Canc by Chuck_
_10/8/03    #418_

☐ Copy of Lab Report(s)    ☐ Other _____

Specific Instruction _____
_- Proof Sheets -_

Requested By _Kimak_    Agency _S.P.D._    Phone # _442-5222_

---

TO BE COMPLETED BY CFS STAFF ONLY:

RECEIVED

OCT 7 2003

CENTER FOR FORENSIC SCIENCE

Received by: _Kk_ (initials)

Received via:
☐ drop off (in-person/mail)  ☐ fax  ☐ telephone
☐ other _____

If multi-section request, were copies forwarded to
appropriate Technical Leads?    ☐ yes

Assigned To _____ B5n_    Date _10,07,03_

Completed By _____ B5n_    Date _10,07,03_

Received By _____    Date ___/___/___

| SUPPLEMENT REPORT FORM 3.5 CENTRAL RECORDS | 1. Victim Complainant Arrestee, etc.: YOUNG, VICTOR L. | | 2. Complainant #: 00-255393 | |
|---|---|---|---|---|

| 3. Type of Report Continued: ☒ Follow-Up ☐ Continuation | 4. Original Incident: AGG. HARR | 5. Date & Time of Original Incident: 16-17 AUG 00/ 1530-0705 |
|---|---|---|

| 6. Location of Incident 1200 CANAL ST. EXT. | Beat | RA | 7. Original Classification: | 8. Classification Changed To: |
|---|---|---|---|---|

| 9. Type of Report Continued ☐ Offense ☐ Traffic Accident ☐ Arrest | ☒ Follow-Up or Supplement | 10. Additional Property Stolen ☐ YES ☐ NO   Value $ | 11. Additional Property Recovered ☐ YES ☐ NO   Value $ |
|---|---|---|---|

12. Involved Persons:    V - Victim Other Than Block #1    W - Witness    R - Person Reporting    P - Parent/ Guardian    S - Suspect    O - Other    (Last, First, M.I.)

| Code | Name | Address | Age | Sex | Race | DOB | Phone |
|---|---|---|---|---|---|---|---|
| OT | WALSH, JOHN D. | 1200 CANAL ST. EXT. | | M | W | | 448-8540 |

On 11 Jan 01, while assigned to CID as unit #776, I conducted a follow-up investigation into the above listed incident.

I brought the security surveillance video tape to the DPW offices at 1200 Canal St. Ext. to allow the victim, Victor Young and his union president, John Walsh (OT) to view same.  Young stated that he wanted to view the tape to see if he could identify anyone who went near his truck, which was parked in the mechanics garage, on 16 – 17 Aug 00.  Since the surveillance tape was recorded on a time lapse VCR, it was necessary to view the tape at the DPW.

After viewing approximately (3) three hours of the video tape in the presence of Young, Walsh and Detective P. Eggers, Young realized that the truck in the mechanics garage was not his truck.  Young discovered that his truck was not in view of the security camera and therefore the tape was of no value.

There remains to be no suspect information in this incident.

The security tape was turned back into the property section.

There is no additional information at this time.

CASE CLOSED PENDING ADDITIONAL INFORMATION.................

| 4. Case Status ☐ Open ☐ Cleared, No Prosecution ☒ Closed Pending ☐ Cleared Exceptionally | ☐ Unfounded ☐ Juvenile Arrest ☐ Adult Arrest ☐ Juvenile/Adult Arrest | Code | 15. Disposition Type   Open   Cleared over 18 years by arrest or exceptionally   Cleared under 18 years by arrest or exceptionally   Cleared over and under 18 years by arres or exctionally | Code |
|---|---|---|---|---|
| 16. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 310.45 of the Penal Law of the State of New York. AFFIRMED UNDER PENALTY OF PERJURY. | Reporting Officer Thomas A. Nacca  Det. Thomas A. Nacca | IBM # 585 | 17. Supervisor: | 18. Review Clerk | 19. Further Action Required: Yes (No) | 20. Page _____ of _1_ |

CENTRAL RECORDS

| SUPPLEMENT REPORT FORM 3.5 (Rev. 11/88) | 1. Victim Complainant Arrestee, etc.: YOUNG, VICTOR L | | | | | 2. Complainant #: 00-255393 | |
|---|---|---|---|---|---|---|---|
| 3. Type of Report Continued: ☒ Follow-Up  ☐ Continuation | 4. Original Incident: AGG. HARR | | | | | 5. Date & Time of Original Incident: 16-17 AUG 00/1530-0705 | |
| 6. Location of Incident: 1200 CANAL ST. EXT. | Beat | RA | 7. Original Classification: | | | 8. Classification Changed To: | |
| 9. Type of Report Continued  ☐ Offense ☐ Traffic Accident ☐ Arrest | ☒ Follow-Up or Supplement | | 10. Additional Property Stolen ☐ YES ☐ NO  Value $ | | | 11. Additional Property Recovered ☐ YES ☐ NO  Value $ | |

| 12. Involved Persons: | V - Victim Other Than Block #1 | W - Witness | R - Person Reporting | P - Parent / Guardian | S - Suspect | O - Other | (Last, First, M.I.) |
|---|---|---|---|---|---|---|---|
| Code | Name | Address | Age | Sex | Race | DOB | Phone |
| OT | WRIGHT, JEFFREY | 1200 CANAL ST. EXT. | 44 | M | W | 04-11-56 | 448-8545 |

On 08 Nov 00, while assigned to CID as unit #776, I conducted a follow-up investigation into the above listed incident.

I responded to the Department of Public Works (DPW) at 1200 Canal Street Extension to re-interview the victim, Victor Young and his supervisor, Jeffrey Wright (OT). Young stated that he has not heard any information regarding who may be responsible for the above incident. He stated that nothing has been written on his DPW vehicle since the incident was originally reported on 17 Aug 00. Young also stated that he has not had any problems with anyone at work.

Young did state that he has his own idea of who may be responsible for the racial writings on his DPW vehicle but would not supply me with a name. He stated that since he does not have "solid" proof he does not feel that it would be right to give out a name. I advised Young that if he gave me the name I could speak to the person in an attempt to ascertain if he was involved. However, Young continued to decline to give me a name.

I then spoke to Jeffrey Wright, who is Young's supervisor at the Department of Public Works. Wright stated that he has not heard anything new regarding this investigation. He stated that he asked his employees if they had heard anything but that no one offered any information. Wright stated that he has not heard of any other incidents involving the writing of racial slurs since the original report date.

Wright also stated that he had his suspicions about who is responsible for this incident but would not supply any names. Wright, like Young, stated that he did not feel that it would be right give names without proof.

As the security video tape was originally viewed by this Officer on 17 Aug 00 it was not necessary to re-view the tape. As originally reported, the video tape is of extremely poor quality and does not show anything of evidentiary nature. It cannot even be determined where Young's vehicle is parked in the tape or if the tape even shows his vehicle.

No additional information at this time.

CASE CLOSED PENDING FURTHER INFORMATION..................

| 14. Case Status | | | Code | 15. Disposition Type | Open | | Code |
|---|---|---|---|---|---|---|---|
| ☐ Open | ☐ Unfounded | | | | Cleared over 18 years by arrest or exceptionally | | |
| ☐ Cleared, No Prosecution | ☐ Juvenile Arrest | | | | Cleared under 18 years by arrest or exceptionally | | |
| ☒ Closed Pending | ☐ Adult Arrest | | | | Cleared over and under 18 years by arrest or exctionally | | |
| ☐ Cleared Exceptionally | ☐ Juvenile/Adult Arrest | | | | | | |

| 16. False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 310.45 of the Penal Law of the State of New York. AFFIRMED UNDER PENALTY OF PERJURY. | Reporting Officer: Thomas A. Nixon  Det. Thomas A. Jotan | IBM # S85 | 17. Supervisor: N Brown | 18. Review Compl. 578 | 19. Further Action Required  ☐ Yes ☒ No | 20. Page 1 of 1 |
|---|---|---|---|---|---|---|